## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DANIEL HILL, ADC # 148493                                                                                   PLAINTIFF

v.                                       No. 5:14CV00239 JLH-JJV

O. IKO; *et al.*                                                                                           DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Kelley's motion for summary judgment is GRANTED (Document #11);

2. Plaintiff's claims against defendant Kelley are dismissed without prejudice; and

3. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE