IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL HILL,                                                                                                    PLAINTIFF
ADC# 148493

v.                                           5:14CV00239-JLH-JJV

O. IKO, Doctor, Corizon Medical,
Varner Unit, *et al.*                                                                                      DEFENDANTS

**ORDER**

On November 4 and 12, 2014, Court mailings sent to Plaintiff were returned as undeliverable. (Doc. Nos. 38, 39).

*Pro se* litigants are required to follow the same rules of procedure, including the local court rules, that govern other litigants. Of particular note to *pro se* plaintiffs is Local Rule 5.5(c)(2), which states:

> Parties appearing *pro se.* It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2). Plaintiff was previously apprised of this rule by the Court. (Doc. No. 3).

Plaintiff is, therefore, ordered to notify the Clerk of his new address within thirty (30) days of the entry of this Order. Plaintiff's failure to comply with this Order may result in the dismissal of his Complaint without prejudice.

IT IS SO ORDERED this 21st day of November, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE