# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DANIEL HILL, ADC #148493                                                                                      PLAINTIFF

v.                                        NO. 5:14CV00239 JLH

O. IKO, Doctor, Corizon Medical,
Varner Unit, *et al*.                                                                                          DEFENDANTS

## ORDER

On December 17, 2014, United States Magistrate Judge Joe J. Volpe issued Proposed Findings and Recommendations in which he recommended that the defendants' motion for sanctions be granted in part and denied in part. No objections have been filed. The Proposed Findings and Recommendations are adopted as the findings and disposition of this Court. This action is therefore dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith. A judgment will be entered separately.

IT IS SO ORDERED this 9th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE