**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DANIEL HILL, ADC #148493                                                                                             PLAINTIFF

v.                                               NO. 5:14CV00239 JLH

O. IKO, Doctor, Corizon Medical,
Varner Unit, *et al*.                                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 9th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE